HONORABLE ROBERT S. LASNIK

1
2
3
4
5
6
7
8

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

9
10
11
12
13

ROXANNE HELLING,

            Plaintiff,

vs.

ALASKA AIRLINES, INC.,

            Defendant.

Case No. 2:16-cv-00478-RSL

JUDGMENT

[PROPOSED]~

## JUDGMENT SUMMARY

14
15
16
17
18
19
20
21
22
23
24
25
26

| | | |
|---|---|---|
| 1. | Judgment Creditor: | Roxanne Helling |
| 2. | Judgment Debtor: | Alaska Airlines, Inc. |
| 3. | Principal Judgment Amount: | $90,000.00 |
| 4. | Attorney Fees: | As provided by previously-filed motion |
| 5. | Litigation Expenses: | As provided by previously-filed motion |
| 6. | The total Judgment shall bear interest as provided by law. | |
| 7. | Attorneys for Judgment Creditor: | James W. Beck<br>Stephane L. Bloomfield<br>Gordon Thomas Honeywell LLP<br>1201 Pacific Ave., Suite 2100<br>P.O. Box 1157<br>Tacoma, WA 98401-1157 |

LAW OFFICES
GORDON THOMAS HONEYWELL LLP
1201 PACIFIC AVENUE, SUITE 2100
POST OFFICE BOX 1157
TACOMA, WASHINGTON 98401-1157
(253) 620-6500 - FACSIMILE (253) 620-6565

1

Dated this 25ᵗʰ day of Sept. , 2017.

2

3

_Mu S Casuik_

HONORABLE ROBERT L. LASNIK

4

Presented by:

5

GORDON THOMAS HONEYWELL LLP

6

By: /s/ James W. Beck

7
   James W. Beck, WSBA No. 34208
   jbeck@gth-law.com

8
   Stephanie Bloomfield, WSBA No. 24251
   sbloomfield@gth-law.com

9
   Attorneys for Plaintiff

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

JUDGMENT - 2 of 2
(2:16-cv-00478-RSL)
[4822-9481-5054]

LAW OFFICES
GORDON THOMAS HONEYWELL LLP
1201 PACIFIC AVENUE, SUITE 2100
POST OFFICE BOX 1157
TACOMA, WASHINGTON 98401-1157
(253) 620-6500 - FACSIMILE (253) 620-6565